UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARKEL INSURANCE COMPANY, )
)
    Plaintiff, )
)
  vs. ) Case No. 4:15-CV-1152 (CEJ)
)
A.K., T.P., and C.B., )
)
    Defendants. )

## ORDER

**IT IS HEREBY ORDERED** that the parties are granted an extension of time until **December 18, 2015**, to provide initial disclosures.

**IT IS FURTHER ORDERED** that the parties' joint motion to amend the Case Management Order [Doc. #35] is **denied as moot**.

```
                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 4th day of December, 2015.